LAW OFFICE OF
# Jacob Barclay Mitchell, Esq.
225 Broadway, Suite 2815
New York, New York 10007

TELEPHONE: (212) 204-2574                                E-MAIL: jacobbarclaymitchell@gmail.com

July 1, 2025

**BY ECF**

The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    *United States v. Clarence Clark*
                15-CR-638 (MKB)

Dear Judge Brodie:

      I write to inform the parties that I am unavailable for Mr. Clark's VOSR this month as a result of family obligations. Additionally, I believe Mr. Clark would benefit from a new attorney on this case.

                                                        Respectfully submitted,

                                                           ____/S/_____
                                                           Jacob Mitchell